IN RE: Thomas James "T.J." HIVELY
Arkansas Bar No. 75060

06-298

Supreme Court of Arkansas
Opinion delivered April 6, 2006

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disbarment proceedings, we hereby accept the voluntary surrender of the law license of T. J. Hively, Batesville, Arkansas, to practice law in the State of Arkansas. Mr. Hively's name shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.